Case Name: LOPEZ, JORGE
Case No:    08-70873

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: October 17, 2008             WILLIAM T. NEARY
                                    United States Trustee, Region 11


                          BY:    */s/ Carole J. Ryczek*
                                 CAROLE J. RYCZEK
                                 Attorney for the U.S. Trustee