IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:  
LOPEZ, JORGE

CHAPTER 7 CASE

CASE NO. 08-70873 BARB

JUDGE Manuel Barbosa

Debtor(s)

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT  
   211 S. Court Street  
   Rockford, IL 61101  
   on: November 17, 2008  
   at: 9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         30,908.98

   b. Disbursements                         $         18,667.43

   c. Net Cash Available for Distribution   $         12,241.55

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MEGAN G. HEEG (Trustee Fees) | 0.00 | $2,340.90 | |
| MEGAN G. HEEG (Trustee Expenses) | 0.00 | | $40.27 |
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Fees) | 0.00 | $2,016.50 | |

| | | |
|---|---|---|
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Expenses) | 0.00 | $140.50 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $75,511.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 10.20%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 7,969.89 | $ 813.06 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 15,563.52 | $ 1,587.74 |
| 3 | CHASE BANK USA | $ 2,069.43 | $ 211.11 |
| 4 | CHASE BANK USA | $ 4,151.74 | $ 423.54 |
| 5 | Illinois American Water | $ 184.90 | $ 18.86 |
| 6 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 20,586.41 | $ 2,100.14 |
| 7 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 21,501.31 | $ 2,193.47 |
| 8 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 3,484.41 | $ 355.46 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Dated: 10-16-08

For the Court,

By: /s/ Megan G. Heeg, Trustee

Trustee: MEGAN G. HEEG
Address: Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL  61021
Phone No.: (815) 288-4949

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez                 Page 1 of 2                   Date Rcvd: Oct 20, 2008
Case: 08-70873                Form ID: pdf002               Total Served: 48


The following entities were served by first class mail on Oct 22, 2008.
db           +Jorge Lopez,   1101 Griswold Avenue,    Sterling, IL 61081-1933
aty          +Marvin G. Ripley,   300 First Avenue,    Suite 200,   Rock Falls, IL 61071-5108
12082404     +AT&T Universal,   Customer Service,    PO Box 44167,   Jacksonville, FL 32231-4167
12082403     +Associates/citibank,    Po Box 6003,   Hagerstown, MD 21747-6003
12082405     +Avco Fin Svc,   2313 E Lincoln Way,    Sterling, IL 61081-3047
12082406     +Bac/fleet-bkcard,    200 Tournament Dr,   Horsham, PA 19044-3606
12082407     +Bank Of America,   PO Box 15026,    Wilmington, DE 19850-5026
12082408     +Bank Of America,   Bankruptcy Dept NC4-105-03-14,    POB 26012,   Greensboro, NC 27420-6012
12248554     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12082409     +Century 21 Results,    412 Locust Street,   Sterling, IL 61081-3541
12082410     +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
12082412     +Chase,   Bankruptcy Dept,    POB 100018,   Kennesaw, GA 30156-9204
12082411     +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
12082413     +Citibank,   Pob 6241,    Sioux Falls, SD 57117-6241
12082414     +Citifinancial Retail S,    Po Box 22066,   Tempe, AZ 85285-2066
12082416     +Credit First N A,    6275 Eastland Rd,   Brook Park, OH 44142-1399
12082420      First Usa Bank N A,   3565 Piedmont Rd Ne,    Atlanta, GA  30305
12082421     +Ford Motor Credit Corporation,    Po Box Box 542000,   Omaha, NE 68154-8000
12082422     +Gemb/car Care One Tan,    Po Box 981439,   El Paso, TX 79998-1439
12082423     +Gemb/sony Mont Ward,    Po Box 981439,   El Paso, TX 79998-1439
12082425     +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
12082426     +Hsbc/brgnr,   Pob 15521,    Wilmington, DE 19850-5521
12082427     +Hsbc/ynkrs,   Po Box 15521,    Wilmington, DE 19850-5521
12082428      Illinois American Water,    PO Box 578,   Alton, IL  62002-0578
12082429     +JC Penney,   11013 W. Broad Street,    Glen Allen, VA 23060-5937
12082430     +Kohls/chase,   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
12082400     +Lopez Jorge,   1101 Griswold Avenue,    Sterling, IL 61081-1933
12082401     +Marvin G Ripley,    Attorney At Law,   300 First Avenue Suite 200,   Rock Falls, IL 61071-5108
12082431      Monogram Bank N America,    4060 Ogletown/stan De5-019-03-07,    Newark, DE  19713
12206479      PYOD LLC its successors and assigns as assignee of,    Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12082433     +Rnb-fields3,    Po Box 9475,   Minneapolis, MN 55440-9475
12082434     +Sears,   PO Box 6189,    Sioux Falls, SD 57117-6189
12082435     +Sears Centralized Bankruptcy,    POB 20507,   Kansas City, MO 64195-0507
12082436     +Target National Bank,    Po Box 673,   Minneapolis, MN 55440-0673
12082437     +Universal/Citi,    POB 20507,   Kansas City, MO 64195-0507
12082438    ++VON MAUR INC,   6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,    6565 Brady,   Davenport, IA  52806)
12082440     +Wfnnb/american,    4590 E Broad St,   Columbus, OH 43213-1301

The following entities were served by electronic transmission on Oct 21, 2008.
tr           +E-mail/Text: KATHY@EGBBL.COM                             Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
12082402      Fax: 800-208-8123 Oct 21 2008 03:56:25     American General Finance,    600 N Royal Ave,
               Evansville, IN  47715
12082415      E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            Commonwealth Edison,
               System Credit/Bankruptcy Department,    2100 Swift Drive,   Oak Brook, IL  60523-1559
12082417      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2008 04:16:14      Discover,   PO Box 15316,
               Wilmington, DE  19850
12082419      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2008 04:16:14      Discover Fin,   Pob 15316,
               Wilmington, DE  19850
12082418     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2008 04:16:14      Discover,
               Bankruptcy Department,    POB 3025,   New Albany, OH 43054-3025
12190833      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2008 04:16:14
               Discover Bank/DFS Services LLC,    PO Box 3025,   New Albany OH 43054-3025
12433844     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 21 2008 05:17:32
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
12082424     +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2008 04:00:27      Gemb/walmart,   Po Box 981400,
               El Paso, TX 79998-1400
12082432     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,   Bankruptcy Dept,
               1844 Ferry Road,    Naperville, IL 60563-9662
12082439     +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2008 04:00:30      Wal-mart,   Po Box 981400,
               El Paso, TX 79998-1400
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Megan G Heeg,   Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cshabez           Page 2 of 2              Date Rcvd: Oct 20, 2008
Case: 08-70873                Form ID: pdf002         Total Served: 48

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2008**          **Signature:**   *Joseph Speetjens*